# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

NAMEL NORRIS,

                Plaintiff,

      -against-

STONE BURGER, INC. et al,

                Defendants.

------------------------------------x



ORDER

19 Civ. 6922 (GBD)

GEORGE B. DANIELS, United States District Judge:

This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: New York, New York
       January 7, 2020

SO ORDERED.

_George B. Daniels_
GEORGE B. DANIELS
United States District Judge